# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| In Re: | * | |
| ANTONIETTA SERRUTO | * | Case No. 12-17606 NVA |
| Debtor | * | (Chapter 7) |
| * * * * * * | * | * * * * * * |
| ANTONIETTA SERRUTO | * | |
| Plaintiff | * | |
| v. | * | ADV. PROC. NO. 13-00766 |
| Maryland PORTFOLIOS, INC., | * | |
| AND | * | |
| PEROUTKA & PEROUTKA, P.A., STEPHEN G. PEROUTKA, | * | |
| MICHAEL A. PEROUTKA, SEAN P. DALY, | * | |
| EMILY M. CHIARIZIA | * | |
| Defendants | * | |

### DEFENDANT PEROUTKA & PEROUTKA, P.A.'S RULE 68 OFFER OF JUDGMENT

Defendant, Peroutka & Peroutka, P.A., by and through counsel, and pursuant to Rule 68, Federal Rules of Civil Procedure, tenders this offer of judgment to the Plaintiff and states as follows:

1. Defendant Peroutka & Peroutka, P.A. will allow judgment to be entered against it and in favor of Plaintiff Antonietta Serruto in the sum of $20,000.00, plus costs and expenses, plus reasonable attorneys fees as determined by the Court as to all claims asserted by the Plaintiff.

2. As a condition of the acceptance of this offer, Plaintiff must agree to enter a dismissal,

1

with prejudice, as to all claims against the remaining Defendants including Stephen G. Peroutka, Michael Peroutka, Emily Chiarizia, Sean P. Daly, and Maryland Portfolios, Inc.

3. The circumstances under which this offer may be accepted and/or is deemed rejected are set forth in Rule 68, Federal Rules of Civil Procedure.

THE LAW OFFICES OF RONALD S. CANTER, LLC

*/s/*

Ronald S. Canter, Esquire, Bar No. 01024
200A Monroe Street, Suite 104
Rockville, Maryland 20850
Telephone: (301) 424-7490
Facsimile: (301) 424-7470
E-Mail: rcanter@roncanterllc.com
*Attorney for Defendant Peroutka & Peroutka, P.A.,*

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual(s) listed below by First Class Mail, postage prepaid on this 14th day of February, 2014 to:

Deborah H. Devan, Esquire
Neuberger, Quinn, Gielen, Rubin & Gibber
One South Street, 27th Floor
Baltimore, Maryland 21202
E-Mail: dhd@nqgrg.com
*Attorney for Plaintiff*

*/s/*

Ronald S. Canter, Esquire
*Attorney for Defendants Peroutka & Peroutka, P.A.*

2