

NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
#### Baltimore Division

| | | |
|---|---|---|
| In re: | * | |
| ANTONIETTA SERRUTO, | * | Case No. 12-17606 NVA |
| Debtor | * | (Chapter 7) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| ANTONIETTA SERRUTO, | * | Adv. Proc. No. 13-00766 |
| Plaintiff | * | |
| v. | * | |
| MARYLAND PORTFOLIOS, INC., | * | |
| AND | * | |
| PEROUTKA & PEROUTKA, P.A., STEPHEN G. PEROUTKA, MICHAEL A. PEROUTKA, SEAN P. DALY, EMILY M. CHIARIZA, | * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### **STIPULATION OF DISMISSAL**

The parties herein, by and through their respective counsel, stipulate that the above-entitled matter be entered as settled and dismissed, with prejudice as to all claims.  Each will pay its own expenses, costs and attorney's fees.

342121/5356.2

| | |
|---|---|
| /s/  Deborah H. Devan | /s/ Ronald S. Canter |
| Deborah H. Devan, Esquire | Ronald S. Canter, Esquire |
| Bar No. 01479 | Bar No. 01024 |
| Neuberger, Quinn, Gielen, | The Law Offices of Ronald S. Canter, LLC |
|   Rubin & Gibber, P.A. | 200A Monroe Street, Suite 104 |
| One South Street, 27th Floor | Rockville, Maryland 20850 |
| Baltimore, Maryland 21202 | Telephone:  (301) 424-7490 |
| Telephone:  (410) 332-8522 | Facsimile:   (301) 424-7470 |
| Facsimile:  ( 410) 332-8505 | E-Mail:  rcanter@roncanterllc.com |
| E-Mail:  dhd@nqgrg.com | |
| | *Attorney for Defendants Peroutka & Peroutka, P.A., Stephen G. Peroutka, Michael A. Peroutka, Sean P. Daly and Emily M. Chiarizia* |
| *Attorney for Plaintiff* | |

/s/  Patrick Smith
Patrick M. Smith, Esquire
The Law Offices of May & Smith, P.A.
7412 Baltimore Annapolis Boulevard
Glen Burnie, Maryland  21061
Telephone:  (410) 761-1700
Facsimile:   (410) 761-9009
E-mail:  lawyers@mayandsmith.com

*Attorney for Defendant, Maryland Portfolios, Inc.*

## Certification of Signatures

     I HEREBY CERTIFY, that the terms of this Stipulation are consistent with those set forth in the original Stipulation, and that the signatures represented by the /s/ on this Stipulation reference the signatures of the consenting parties on the original Stipulation.

                                                                     /s/ Deborah H. Devan

342121/5356.2